**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>    v.<br><br>S & PICO, a California Limited Liability Company; EMMA GIRON; and DOES 1 through 10,<br><br>    Defendants. | CV 19-5199-RSWL-PLAx<br><br>**JUDGMENT** |

**WHEREAS**, on March 18, 2020, this Court **GRANTED** Defendant Emma Giron's ("Defendant Giron") Motion for Summary Judgment as to Plaintiff Chris Langer's ("Plaintiff") ADA claim [48] against Plaintiff Samuel Love,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendants as to the ADA claim, in accordance with this Court's previous

Order granting Defendant Giron's Motion for Summary Judgment. As the Unruh Act claim has been dismissed and the Court dismissed Defendant S & Pico, no defendants remain in this Action, and the clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: March 18, 2020          /s/ Ronald S.W. Lew

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge